# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SEAN JASON WEST,<br><br>        Petitioner,<br><br>    v.<br><br>JOHN MARSHALL, WARDEN,<br><br>        Respondent. | No. CV 08-2365-VBF (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 4/7/09

                                          VALERIE BAKER FAIRBANK
                                       UNITED STATES DISTRICT JUDGE